IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **PRESTON MOORE,** | : | |
| Plaintiff, | : | |
| vs. | : | CIVIL ACTION 12-00248-CG-C |
| **CITY OF MOBILE,** | : | |
| Defendant. | : | |

**JUDGMENT**

It is **ORDERED, ADJUDGED,** and **DECREED** that Plaintiff's complaint be and is hereby **DISMISSED** without prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii), for failure to state a claim upon which relief may be granted.

**DONE and ORDERED** this 9th day of August, 2012.

/s/  Callie V. S. Granade
UNITED STATES DISTRICT JUDGE